# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURO-PACIFIC FRUIT EXPORT, INC.,<br>a California Corporation,<br><br>    Plaintiff,<br>    v.<br><br>ALBERT L. GOOD dba CASTLE ROCK<br>VINEYARDS,<br><br>    Defendant. | CIV F 07-980  AWI WMW<br><br>ORDER VACATING<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

Defendant has noticed for hearing and decision a motion to dismiss for October 9, 2007. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than September 24, 2007. Plaintiff has not done so.

Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, it is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is not entitled to be heard at oral argument in opposition to the motion. Id. The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 9, 2007, is VACATED, and no party shall appear at that time. As of October 9, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    September 27, 2007             /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE